# Morgan Lewis

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. +1.215.963.5000
Fax: +1.215.963.5001
www.morganlewis.com

**Courtney Wirth Griffin**
+1.215.963.5975
cwgriffin@morganlewis.com


December 22, 2015

**VIA ECF**

The Honorable Noel L. Hillman
United States District Judge
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

Re:   Dando v. Bimbo Food Bakeries, LLC, et.al.
        Civil Action No. 14-cv-02956

Dear Judge Hillman:

I write on behalf of Defendants in the above-referenced matter.  In light of Judge Goldberg's decision finding that Plaintiff's claims are not barred by the *Scott* release, Defendants respectfully request that the Court reinstate Defendants' Motion to Dismiss, Docket No. 7, for consideration of the other arguments for dismissal raised therein.

Thank you for your attention in this matter.


Sincerely,


s/Courtney Wirth Griffin
Courtney Wirth Griffin

c:  Terance J. Bennett, Esq. (via ECF)